**Appeal Reinstated, Motions Disposed, and Order filed May 23, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00056-CV
_____

**FRANCO GAMBOA, Appellant**

**V.**

**LIZETTE NOEMI ALECIO, Appellee**

---

**On Appeal from the 310th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-26302**

---

## ABATEMENT ORDER

This appeal is from a judgment signed October 17, 2018. The notice of appeal indicates it was deposited in the prison mail on January 7, 2019. The district clerk filed the notice of appeal on January 16, 2019. On February 21, 2019, we abated this appeal for the trial court to determine when appellant first either received notice or acquired actual knowledge that the judgment was signed.

The trial court signed an order finding that appellant acquired actual knowledge of the judgment on January 7, 2019. That order has been filed in a supplemental clerk's record.

While the case was abated, appellant, who is proceeding pro se, filed two motions. On April 1, he moved to extend time to file his brief. On April 29, he moved to dismiss his appeal. The motion to dismiss states in relevant part:

> [Appellant] has already filed a motion to have the court demonstrate actual notice was given and if not to re-open the time for filing notice of appeal. As such this appeal is without jurisdiction and [appellant] asks that the court dismiss without prejudice pending refiling.

We may not dismiss an appeal "without prejudice to refiling." Voluntary dismissal under Texas Rule of Appellate Procedure 42.1 is final. Given that appellant filed a motion to extend time to file his brief, we believe appellant did not understand that dismissal would be with prejudice.

Accordingly, we REINSTATE the appeal, GRANT appellant's motion to extend time to file his brief, and DENY his motion to dismiss. If appellant desires to have his appeal finally and permanently dismissed, he may file another motion to dismiss.

Subject to any extensions he may be granted, appellant's brief is due 30 days from the date of this order.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.

2